**Order entered January 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01442-CV

### RENE HERRERA, Appellant

### V.

### ARVM 5, LLC, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-05361-B**

## ORDER

Before the Court is the January 30, 2020 motion of Elizabeth Wellborn to withdraw as counsel for appellant. We **DENY** the motion without prejudice to filing a motion that complies with Texas Rule of Appellate Procedure 6.5(a)(1) & (b). *See* TEX. R. APP. P. 6.5(a)(1) & (b).

/s/     ERIN A. NOWELL
           JUSTICE